No. 316. MULCAHY, TRUSTEE, *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL. C. A. 2d Cir.

Certiorari denied. *Paul E. Troy* for petitioner. *Hermon J. Wells* for the New York, New Haven & Hartford Railroad Co., respondent.